# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135536

DEBORAH SMITH,
      Plaintiff-Appellee,

v

           SC: 135536
           COA: 277422
           Ingham CC: 05-000875-NO

CAPITAL AREA TRANSPORTATION
AUTHORITY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2008

Clerk

d0423